# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LIBERTY SURPLUS INSURANCE
CORPORATION,

                Plaintiff,

v.                                                    Case No.: 2:11-cv-00242-WEC

RACINE RAILROAD PRODUCTS,
INC.,

                Defendant.

## STIPULATION OF NO INSURANCE COVERAGE AND
## DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and among the above-named parties, by their respective counsel, as follows:

1. Plaintiff Liberty Surplus Insurance Corporation ("Liberty Surplus") and Defendant Racine Railroad Products, Inc. ("RRP") stipulate that the asbestos exclusions contained in the insurance policies (the "Policies") issued by Liberty Surplus to RRP, as described more fully in Liberty Surplus' Complaint for Declaratory Judgment (the "Complaint"), preclude any defense or indemnification obligation that Liberty Surplus may have to RRP under the Policies with respect to the underlying claims as described more fully in the Complaint; and

2. Based upon the above stipulation, Liberty Surplus and RRP agree to dismiss the above-captioned case with prejudice and without costs to either party, and that an Order dismissing this case may be entered without further notice or hearing.

Dated at Milwaukee, Wisconsin this 1st day of April, 2011.

/s Brian C. Tokarz
Michael J. Cohen
State Bar No. 1017787
mjc@mtfn.com
Brian C. Tokarz
State Bar No. 1059556
bct@mtfn.com
MEISSNER TIERNEY FISHER & NICHOLS S.C.
111 East Kilbourn Avenue, 19th Floor
Milwaukee, Wisconsin 53202
Phone: (414) 273-1300
Fax: (414) 273-5840

**Counsel for Plaintiff Liberty Surplus Insurance Corporation**

Dated at Milwaukee, Wisconsin this 1st day of April, 2011.

s/ Jeffrey A. Schmeckpeper
Jeffrey A. Schmeckpeper
State Bar No. 1016723
jschmeckpeper@kasdorf.com
KASDORF, LEWIS & SWIETLIK
One Park Plaza
Fifth Floor
11270 W. Park Place
Milwaukee, Wisconsin 53224
Phone: (414) 577-4050

**Counsel for Defendant Racine Railroad Products, Inc.**